UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN KUTZER<br>313 Ingleside Drive<br>Falmouth, VA 22405<br><br>    Plaintiff,<br><br>    v.<br><br>CARRAMERICA REALTY<br>CORPORATION,<br>C/O  Nantucket Parent LLC<br>345 Park Avenue<br>New York, NY  10154<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:06cv01925 (GK) |

**RULE 7.1 DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for Nantucket Parent LLC (successor in interest to CarrAmerica Realty Corporation) certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Nantucket Parent LLC which have any outstanding securities in the hands of the public:

NONE.

This representation is made in order that judges of this court may determine the need for recusal.

Dated: November 14, 2006                     _____/s/_____
                                             Sally D. Garr, D.C. Bar No. 337246
                                             Patton Boggs LLP
                                             2550 M Street, NW
                                             Washington, D.C.  20037
                                             (202) 457-6525 (phone)
                                             (202) 457-6315 (facsimile)

                                             Counsel for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2006, a true copy of the Defendant's Rule 7.1 Disclosure Statement was served via ECF upon:

> Lynne Bernabei
> The Bernabei Law Firm, PLLC
> 1775 T Street, N.W.
> Washington, D.C. 20009-7139

_____/s/_____
Sally D. Garr