IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen B. Kutzer ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:06-CV-01925 (GK) |
| ) | |
| CarrAmerica Realty Corp. ) | Next Court Event: |
| ) | Initial Scheduling Conference |
| Defendant. ) | December 15, 2006 |

## CONSENT MOTION TO MODIFY DATE OF INITIAL SCHEDULING CONFERENCE

Plaintiff, Stephen Kutzer, through undersigned counsel, hereby respectfully submits his Consent Motion to Modify Date of Initial Scheduling Conference.

By Order dated November 15, 2006, the Court ordered the parties to appear for an Initial Scheduling Conference on December 15, 2006.

Plaintiff respectfully requests a modification of the date of Initial Scheduling Conference because his counsel will be out of town due to pre-scheduled depositions for the entire week of December 11, 2006.  Defendant consents to continuing the date of the Initial Scheduling Conference to December 18, 2006 or December 19, 2006.

                                                  Respectfully submitted,

                                                  /S/ Lynne Bernabei

                                                  Lynne Bernabei, D.C. Bar No. 938936
                                                  David Wachtel, D.C. Bar No. 427890
                                                  The Bernabei Law Firm, PLLC
                                                  1775 T Street, N.W.
                                                  Washington, D.C. 20009-7139
                                                  (202)745-1942
                                                  Counsel for Plaintiff Stephen B. Kutzer

Dated:  November 21, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen B. Kutzer, )<br><br>Plaintiff, )<br><br>v. )<br><br>CarrAmerica Realty Corp. )<br><br>Defendant. ) | C.A. No. 1:06-CV-01925 (GK)<br><br>Next Court Event:<br>Initial Scheduling Conference<br>TBD |

**ORDER**

Upon consideration of the Consent Motion to Modify Date of Initial Scheduling Conference, and the entire record in this case, it is by the Court this _____ day of _____, 2006,

**ORDERED** that the Consent Motion to Modify Date of Initial Scheduling Conference shall be, and hereby is, **GRANTED**; and it is further

**ORDERED** that the Initial Scheduling Conference is rescheduled for _____, 2006 at _____.

_____
Honorable Gladys Kessler
United States District Judge