IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephen B. Kutzer | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 1:06-CV-01925 (GK) |
| CarrAmerica Realty Corp. | ) ) | Next Court Event: Initial Scheduling Conference |
| Defendant. | ) ) | December 19, 2006 |

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiff, Stephen Kutzer, through undersigned counsel, hereby respectfully moves for the admission of Ossai Miazad *pro hac vice* in this matter. As grounds for this motion, plaintiff states as follows:

1. Ms. Miazad is an associate at the Bernabei Law Firm, PLLC. Ms. Miazad's business address is 1775 T Street, N.W., Washington, D.C. 20009. Her business phone number is (202) 745-1942.

2. Ms. Miazad is qualified to practice law before this Court. She received her B.A. from Vassar College in 1998, and her J.D. from American University's Washington College of Law in 2004. After graduating from law school, Ms. Miazad served as the George N. Lindsay Fellow for the Lawyers' Committee for Civil Rights Under Law.

3. Ms. Miazad is a member in good standing of the Bar of the State of New York (No. 4341624). Her application for admission to the Bar of the District of Columbia is pending.

4. Ms. Miazad has never been disbarred, suspended, or denied admission to practice.

5.Ms. Miazad has not been admitted *pro hac vice* in this Court within the last two years.

6.In accordance with Local Rule 7.1(m), counsel for defendants has authorized plaintiff to state that this motion is unopposed.

Respectfully submitted,

/S/ Lynne Bernabei

_____
Lynne Bernabei, D.C. Bar No. 938936
David Wachtel, D.C. Bar No. 427890
The Bernabei Law Firm, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7139
(202)745-1942
Counsel for Plaintiff Stephen B. Kutzer

Dated:  November 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stephen B. Kutzer | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:06-CV-01925 (GK) |
| CarrAmerica Realty Corp. | ) | Next Court Event: |
| | ) | Initial Scheduling Conference |
| Defendant. | ) | December 19, 2006 |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Appear *Pro Hac Vice*, it is by the Court this ____ day of _____, 2006,

**ORDERED** that said Motion be and is hereby **GRANTED**; and it is **FURTHER**

**ORDERED,** that Ossai Miazad is admitted *pro hac vice* in this matter

_____
Honorable Gladys Kessler
United States District Judge