IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen B. Kutzer, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>CarrAmerica Realty Corp. )<br>)<br>Defendant. )<br>) | C.A. No. 1:06-CV-01925 (GK) |

**UNOPPOSED MOTION TO ADMIT**
**PAMELA RICHARDSON *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia ("Local Rule(s)"), Defendant, by the undersigned, a member in good standing of the bar of this Court, requests the Court to admit Pamela Richardson *pro hac vice* to participate as co-counsel for Defendant in this case. As required by Local Rule 83.2(d), this motion is supported by the attached Declaration of Pamela Richardson. Pursuant to Local Rule 7(m), counsel for plaintiff has authorized Defendant to state that this motion is unopposed. A proposed order is attached.

Dated: December 15, 2006

Respectfully submitted,
  /s/
Sally Garr
District of Columbia Bar No. 337246
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)
*Attorney for Defendant*

4847961

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen B. Kutzer )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>CarrAmerica Realty Corp. )<br>)<br>Defendant. )<br>) | C.A. No. 1:06-CV-01925 (GK) |

### DECLARATION OF PAMELA RICHARDSON

PAMELA RICHARDSON declares the following to be true under penalties of perjury:

1. I am an attorney with Patton Boggs LLP located at 2550 M Street, NW, Washington, DC 20037, and my telephone number is (202) 457-5329. I respectfully submit this declaration in support of the unopposed motion under Local Civil Rule 83.2(d) for an Order permitting me to appear in this case on behalf of Defendant.

2. I have never been admitted *pro hac vice* to this Court.

3. I am admitted to the Bar of State of New York (No. 4222477) and am active member in good standing. I am also a member in good standing and admitted to practice before the following courts: the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4. My application to become a member of the District of Columbia Bar is pending.

5. I am not currently nor have I ever been suspended or disbarred in any court, and

there are no disciplinary proceedings pending against me in any form.


Executed in Washington, D.C.
On December 15, 2006.

                                                            _____/s/_____
                                                            Pamela Richardson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen B. Kutzer ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | C.A. No. 1:06-CV-01925 (GK) |
| ) | |
| CarrAmerica Realty Corp. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion to Admit Pamela Richardson *Pro Hac Vice*, it is by the Court this _____ day of _____, 2006,

**ORDERED** that said Motion be and is hereby **GRANTED**; and it is **FURTHER**

**ORDERED,** that Pamela Richardson is admitted *pro hac vice* in this matter

_____

Honorable Gladys Kessler
United States District Judge

- 1 -

4847961

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Admit Pamela Richardson *Pro Hac Vice* was served on December 15, 2006, via ECF upon:

> Lynne Bernabei
> David Wachtel
> The Bernabei Law Firm, PLLC
> 1773 T Street, N.W.
> Washington, D.C. 20009-7139
> (202) 745-1942

_____/s/_____
Sally Garr