**IN THE DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| Stephen B. Kutzer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 06-1925 (GK) |
| ) | |
| CarrAmerica Realty Corp., ) | Next Court Event: |
| ) | Status Conference |
| Defendant. ) | June 1, 2007 |
| _____ ) | |

**PLAINTIFF'S FACT WITNESS LIST**

Plaintiff Stephen B. Kutzer, through undersigned counsel, pursuant to the Scheduling

Order in this matter, hereby provides his fact witness list for trial in this matter.  Mr. Kutzer

intends to call or to read <u>de</u> <u>bene</u> <u>esse</u> the depositions of the following fact witnesses:[1]

1.      Sean Bare, former Vice-President for Financial Planning, CarrAmerica Realty

Corp., 3044 Emerald Chase Drive Oak Hill, VA  20171;

2.      Porter Bellew, Senior Director Enterprise Applications, CarrAmerica Realty

Corp., 5001 Keokuk St. Bethesda, MD 20816-3009;

3.      Satya Bhatia, former Database Administrator, CarrAmerica Realty Corp., 3934

Shawfield St. Frederick, MD  21704;

4.      Thomas A. Carr, former Chief Executive Officer, CarrAmerica Realty Corp. 3512

Rittenhouse St., NW Washington D.C.  20015;

5.      Kendra Carroll, former Senior IT Project Manager, CarrAmerica Realty Corp.,

---

[1] The order of witnesses is alphabetical and does not represent the order in which Mr. Kutzer intends to present them.

4996 Preston Lane Pomfret, MD  20675;

6.      David Coler, The Blackstone Group L.P., c/o The Blackstone Group L.P. 345 Park Ave. New York, NY  10154;

7.      Karen Dorigan, former Chief Investment Officer, CarrAmerica Realty Corp., 3301 Albemarle St. Arlington, VA  22207;

8.      Stephanie Duncan, former Vice President for Asset Management, CarrAmerica Realty Corp., 1006 Massachusetts Ave, NE Washington, DC  20002;

9.      Marshall Findley, Managing Director, The Blackstone Group L.P. c/o The Blackstone Group L.P., 345 Park Ave. New York, NY  10154;

10.      Jonathan D. Gray, Senior Managing Director, The Blackstone Group L.P. c/o The Blackstone Group L.P. 345 Park Ave. New York, NY  10154;

11.      Richard W. Greninger, former Senior Vice President for Operations, CarrAmerica Realty Corp.;

12.      Catherine E. Gunther, former IT Project Manager, CarrAmerica Realty Corp., 1128 Carbondale Way Gambrills, Maryland 21054;

13.      Reginald Hagans, former Manager of Network Engineering, CarrAmerica Realty Corp.;

14.      Philip L. Hawkins, former President CarrAmerica Realty Corp. c/o DCT Industrial Trust 518 17th Street 17th Floor Denver, CO  80202;

15.      Kurt Heister, Chief Financial Officer, CarrAmerica Realty Corp., 3137 Hunt Rd. Oakton, VA  22124-1315;

16.      Suzanne Inglis, Director of Business Intelligence, CarrAmerica Realty Corp.

17.     Wayne Kendrick, Senior Director IT Operations, CarrAmerica Realty Corp., 2010 Lanier Dr., Silver Spring, MD 20910-2119;

18.     Wayne Lawton, former Manager of Enterprise Engineering, CarrAmerica Realty Corp.;

19.     David Lee, former Vice President for Corporate Tax, CarrAmerica Realty Corp.;

20.     Sylvia Lighthouse, Systems Integration and Support Director, CarrAmerica Realty Corp.;

21.     Linda A. Madrid, former Managing Director and General Counsel, CarrAmerica Realty Corp.;

22.     Cherie Mumford, former CarrAmerica Realty Corp. employee in IT department, 2675 Serenade Circle Clinton, MD 20735;

23.     Christopher Peatross, Chief Executive Officer, CarrAmerica Realty Corp. c/o CarrAmerica Realty Corp. Suite 150 1810 Gateway Drive San Mateo, CA 94404;

24.     Stephen E. Riffee, former Chief Financial Officer, CarrAmerica Realty Corp. c/o Corporate Office Properties Trust 6711 Columbia Gateway Drive, Suite 300 Columbia, MD 21046

25.     Vivek Shaiva, IT consultant, The Blackstone Group L.P. c/o The Blackstone Group L.P. 345 Park Ave. New York, NY 10154;

26.     Darryl A. Simon, former Senior Vice President for Human Resources, CarrAmerica Realty Corp., 5487 Wooded Way Columbia, MD 21044;

27.     Bill Simpson, Chief Information Officer, CarrAmerica Realty Corp., c/o CarrAmerica Realty Operating Partnership, LP, 2600 Park Tower Drive, 10th Floor, Vienna, VA

22180;

28.     David Thor, IT consultant, The Blackstone Group L.P. c/o The Blackstone Group

L.P. 345 Park Ave. New York, NY  10154;

29.     Eileen Wallace, former Associate General Counsel, CarrAmerica Realty Corp.;

30.     Stephen Walsh, former Senior Vice President Investor Relations, CarrAmerica

Realty Corp., 3311 Rittenhouse St. NW Washington, D.C.  20015-1671;

31.     Karen Widmayer, former Senior Vice President for Corporate Communications,

13812 Golden Fields Ct. Darnestown, MD  20878;

32.     Jamie Williams, former President, CarrAmerica Development Inc., 11609

Everglade Ct. Gaithersburg, MD  20878;

33.     Lauris Williams, former CarrAmerica Realty Corp. employee in IT department;

34.     Alexander Wilson**,** former Senior Network Engineer, CarrAmerica Realty Corp.;

35.     Members of the CarrAmerica Operating Committee, Transition Team and Board

of Directors.

In addition to the forgoing, the plaintiff may call as witnesses: 1) individuals identified in

the Complaint, and other pleadings or papers filed in Court; 2) individuals identified in the

witness list provided by any other party in this matter; 3) individuals identified by any party

during the discovery process.

Plaintiff reserves the right to call additional witnesses for rebuttal or impeachment, or to

authenticate exhibits for which defendants decline to stipulate authenticity.  Plaintiff also

reserves the right to supplement this list with additional witnesses who become known to

plaintiff after the date of this exchange.

Respectfully submitted,


/S/  Lynne Bernabei

_____
Lynne Bernabei        D.C. Bar No. 938936
  Bernabei@BernabeiPLLC.com
David Wachtel         D.C. Bar No. 427890
  Wachtel@BernabeiPLLC.com
THE BERNABEI LAW FIRM, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7139
(202) 745-1942

Counsel for Plaintiff Stephen B. Kutzer

DATED:  January 18, 2007