IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen B. Kutzer )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CarrAmerica Realty Corp. )<br>)<br>Defendant. )<br>) | C.A. No. 1:06-CV-01925 (GK)<br><br>Next Court Event:<br>Status Conference<br>June 1, 2007 |

## JOINT MOTION TO EXTEND CERTAIN
## INTERMEDIATE DISCOVERY DEADLINES

The parties have agreed to attempt to resolve this matter through private mediation and hereby move this Court pursuant to Fed. R. Civ. P. 6(b), to extend certain intermediate discovery deadlines. The proposed extensions will not change the June 1, 2007 for completion of discovery set forth in the Court's Order, dated December 19, 2006. Specifically, the parties seek to extend the deadline to serve (1) initial disclosures from February 2, 2007 to March 12, 2007; (2) written demands for discovery from February 2, 2007 to March 12, 2007; (3) proponent's expert disclosure from February 18, 2007 to March 26, 2007; and (4) opponent's expert disclosure from March 19, 2007 to April 25, 2007.

The grounds for this motion are as follows:

1. The parties have agreed to attempt to resolve this matter through private mediation. This mediation has been scheduled for February 23, 2007.

2. The proposed extensions, as set forth above, will allow the parties to focus on the upcoming mediation, as well as limit the amount of fees and costs accrued in this matter.

3. The proposed extensions of the internal discovery deadlines will not alter the close of discovery date, which is June 1, 2007.

4. This extension will not unduly impair the orderly administration of this case.

For the foregoing reasons, the parties hereby request that this Court extend: (1) the parties' date to serve their initial disclosures to March 12, 2007; (2) the parties' date to serve their written demands for discovery to March 12, 2007; (3) proponent's date to serve expert disclosure to March 26, 2007; and (4) opponent's date to serve expert disclosure to April 25, 2007.

Dated: February 1, 2007                    Respectfully submitted,


                                           _____/s/_____
                                           Sally D. Garr, D.C. Bar #337246
                                           Pamela Richardson *admitted pro hac vice*
                                           Patton Boggs LLP
                                           2550 M Street, NW
                                           Washington, D.C. 20037
                                           (202) 457-6000 (phone)
                                           (202) 457-6315 (facsimile)
                                           Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Stephen B. Kutzer ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:06-CV-01925 (GK) |
| ) | |
| CarrAmerica Realty Corp. ) | Next Court Event: |
| ) | Status Conference |
| Defendant. ) | June 1, 2007 |

### ORDER

The above matter having come before the Court on the Parties' Joint Motion to Extend Internal Discovery Deadlines, it is by the Court this ____ day of _____, 2007,

ORDERED, the Parties' motion be and is hereby GRANTED; and it is further,

ORDERED that:

- Initial disclosures are to be served by March 12, 2007;
- Written demands for discovery are to be served by March 12, 2007;
- Proponent's expert disclosure is to be served by March 26, 2007; and
- Opponent's expert disclosure is to be served by April 25, 2007.


_____
Judge, United States District Court
For The District Of Columbia

Copies to:

Sally D. Garr
Pamela Richardson
Patton Boggs, LLP
2550 M Street, N.W.
Washington, DC  20037

2

Lynne Bernabei
David Wachtel
Ossai Miazad
The Bernabei Law Firm, PLLC
1773 T Street, N.W.
Washington, D.C. 20009

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2007, the foregoing was filed via ECF.


                                                                                                                                                                      _____/s/_____
                                                                                                                                                                            Pamela Richardson