UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen B. Kutzer | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 1:06cv01925 (GK) |
| CarrAmerica Realty Corporation | ) |
|       Defendant | ) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Stephen B. Kutzer, by his undersigned counsel, and Defendant[1], by its undersigned counsel, hereby stipulate that the action, is hereby dismissed with prejudice.

Dated: March 5, 2007

_____
Lynne Bernabei, D.C. Bar No. 938936
THE BERNABEI LAW FIRM, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7139
202-745-1942
Attorney for Plaintiff

_____
Sally D. Garr, D.C. Bar No. 337246
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, DC 20037
202-457-6525
Attorney for Defendant

---

[1] CarrAmerica Realty Corporation ("CarrAmerica") was named as the defendant in the complaint; however CarrAmerica no longer exists. CarrAmerica was merged into Nantucket Acquisition Inc., pursuant to the "Agreement and Plan of Merger" dated March 5, 2006. Nantucket Acquisition Inc., was then liquidated, and Nantucket Parent LLC became the successor to Nantucket Acquisition Inc., pursuant to the "Assignment and Assumption Agreement," dated July 13, 2006.